**NO JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MODESTO GRANILLO, | NO. CV 10-1080 SJO (FMOx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| EXIDE TECHNOLOGIES, INC., a business entity of unknown organization; ROBERT GAULT, an individual; and DOES 1 through 100, inclusive, | |
| Defendants. | |

This matter came before this Court, The Honorable S. James Otero, District Judge, presiding, on Defendant Exide Technologies' Motion for Summary Judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure. Having carefully considered all the pleadings and admissible evidence, IT IS ORDERED, ADJUDGED AND DECREED that Plaintiff Modesto Granillo shall not recover on any of his claims and that Judgment be entered in favor of Defendants Exide Technologies, Inc. Parties shall bear their own attorneys' fees.

IT IS SO ADJUDGED.

Dated this 20 day of May, 2011.

S. JAMES OTERO
UNITED STATES DISTRICT JUDGE